UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA M. GAFFNEY,
Individually,
SARAH K. SUSSMAN,
Individually, and as
Trustee of the Sussman Family Trust,

    Plaintiffs,

v.                                      Case No.: 8:21-cv-00021-SDM-CPT

CHIEF JUDGE RONALD FICARROTTA,
in his individual capacity and in his official
capacity, JUDGE PAUL HUEY, in his individual
capacity and in his official capacity, JUDGE REX
BARBAS, in his individual capacity and in his
official capacity, JUDGE CAROLINE TESCHE ARKIN,
in her individual capacity and in her official capacity,
HILLSBOROUGH COUNTY, a Municipal Entity,
and THE STATE OF FLORIDA, DEPT. OF FIN.
SERVICES, DIVISION OF RISK MANAGEMENT,

    Defendants.
_____/

## **NOTICE OF APPEARANCE OF COUNSEL AND EMAIL DESIGNATION**

Please take notice that the undersigned attorney, Marie T. Rives, Senior Assistant Attorney General, now makes an appearance in this case for Defendant, Judge Rex Barbas, and requests that all pleadings, orders of court, and all other documents be served on the undersigned counsel at the email addresses provided below:

Primary: Marie.Rives@myfloridalegal.com
Secondary: Leah.Faulk@myfloridalegal.com
Jehan.Azar@myfloridalegal.com

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ **M. Rives**
Marie T. Rives
Senior Assistant Attorney General
Florida Bar No. 0441937
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100
Tampa, FL 33602-5242
Tel: 813-577-4533;
Fax: 813-233-2886
marie.rives@myfloridalegal.com
Counsel for Defendant Judge Barbas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2021, I electronically filed the foregoing Notice of Appearance and Email Designation with the Clerk of the Court by using the CM/ECF system, which will serve all counsel of record, including counsel for Plaintiff: James J. Macchitelli Esq., at jimmymacclaw@gmail.com; Sheldon McMullen, Esq., at sdm@sdmlawfirm.com; and Dov Sussman, Esq., at dovsussman91@gmail.com.

/s/ **M. Rives**
Marie T. Rives
Senior Assistant Attorney General