UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA M. GAFFNEY, Individually,
SARAH K. SUSSMAN, Individually,
and as Trustee of the Sussman Family
Trust,

    Plaintiffs,

Case No: 8:21-cv-00021-SDM-CPT

v.

CHIEF JUDGE RONALD FICARROTTA,
in his individually capacity and in his official
capacity, JUDGE PAUL HUEY, in his individual
capacity and in his official capacity, JUDGE REX
BARBAS, in his individual capacity and in his
official capacity, JUDGE CAROLINE TESCHE
ARKIN, in his individually capacity and in his
official capacity, HILLSBOROUGH COUNTY,
a Municipal Entity, and THE STATE OF FLORIDA,
DEPARTMENT OF FINANCIAL SERVICES,
DIVISION OF RISK MANAGEMENT,

    Defendants.

**MOTION FOR ADMISSION PRO HAC VICE AND WRITTEN
DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02 of the Local Rules for the United States District Court of the Middle District of Florida, Plaintiffs Teresa M. Gaffney and Sarah Sussman individually and as Trustee of the Sussman Family Trust (collectively "Plaintiffs"), by and through its undesigned counsel, moves this Court for an order allowing James

J. Macchitelli to appear in this Court as lead co-counsel on behalf of Plaintiffs in the above styled lawsuit. In support of this motion, Plaintiff states as follows:

1. Mr. Macchitelli and his law firm, The Law Office of James J. Macchitelli, has been retained to represent Plaintiffs as the lead co-counsel in all proceedings conducted in this case.

2. Mr. Macchitelli is not admitted to practice in the United States District Court for the Middle District of Florida.

3. Mr. Macchitelli is a member in good standing and admitted to practice in: The Illinois State Bar; United States District Court North District of Illinois; and the Seventh Circuit Court of Appeals.

4. Mr. Macchitelli is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rule Rule 2.04 thereof in particular. Mr. Macchitelli is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Macchitelli shall serve as lead counsel, but he designates Sheldon D. McMullen and the law firm of Sheldon D. McMullen, P.A. 1501 S. Dale Mabry Hwt, Ste. A-10, Tampa, Florida 33629, sdm@sdmlawfirm.com and Dov Sussman, P.O. Box 18112, Tampa, Florida 33679, dovsussman91@gmail.com as the lawyers

and law firms upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney. Both Sheldon D. McMullen and Dov Sussman are members in good standing of the Florida Bar and the United States District Court for the Middle District of Florida and both maintain an office in this state for the practice of law.

6. Through his signature below, Sheldon D. McMullen of the law firm of Sheldon D. McMullen, P.A. hereby consents to such designation and the terms of this Motion.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Sheldon D. McMullen certifies that Mr. Macchitelli has complied with the fee requirements of Rule 2.01(d) and will complete e-filing registration in accordance with Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Plaintiffs respectfully request this Court enter an order admitting James Macchitelli to practice before this Court pro hac vice for all purposes relating to this matter.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida, counsel for the Defendants confirmed via e-mail

that she does oppose the relief sought in this Motion by providing an objection without providing any basis for the objection.

Respectfully submitted,

*/s/ Sheldon D. McMullen*
Sheldon D. McMullen, Esq.
Florida Bar No: 0610674
SHELDON D. McMULLEN, PA
1501 S. Dale Mabry Hwy, Ste A10
Tampa, Florida 33629
Email: sdm@sdmlawfirm.com
Telephone: (813) 992-2889

*/s/ Dov Sussman*
Dov Sussman, Esq.
Florida Bar No: 518920
P.O. Box 18112
Tampa, Florida 33679
Email: dovsussman91@gmail.com
Telephone: (813) 287-1159

-and-

*/s/ James J. Macchitelli*
James J. Macchitelli *
Illinois Bar No: 6208773
1501 Perimeter Drive #400
Schaumberg, Illinoi 60173
Email: jimmymacclaw@gmail.com
Telephone: (847) 414-4532

*Pending Admission Pro Hac Vice*

*Attorneys for Plaintiffs Teresa M. Gaffney and Sarah K. Sussman, Individually and as Trustee of the Sussman Family Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on January 19, 2021, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ *Sheldon D. McMullen*_____
Sheldon D. McMullen, Esq.