UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA M. GAFFNEY, individually,
SARAH K. SUSSMAN, individually, and
as Trustee of the Sussman Family Trust,

    Plaintiffs,                              CASE NO.: 8:21-cv-00021-T-23CPT

v.

RONALD FICARROTTA, et al.

    Defendants.
_____/

## DEFENDANT HILLSBOROUGH COUNTY'S DISCLOSURE STATEMENT

Defendant Hillsborough County, by and through its undersigned counsel, pursuant to Local Rule 3.03, hereby discloses the following:

The name of each person that has or may have an interest in the outcome of this matter:

1.    Teresa M. Gaffney – Plaintiff.

2.    Sarah K. Sussman, Individually and as Trustee of the Sussman Family Trust – Plaintiff.

3.    Sheldon D. McMullen, Esquire – Attorney for Plaintiffs.

4.    Dov Sussman, Esquire – Attorney for Plaintiffs.

5.    James J. Macchitelli, Esquire – Attorney for Plaintiffs.

1

6. Chief Judge Ronald Ficarrotta – Defendant.

7. Judge Paul Huey – Defendant.

8. Judge Rex Barbas – Defendant.

9. Judge Caroline Tesche Arkin – Defendant.

10. Marie T. Rives, Esquire – Counsel for Defendants Judge Ficarrotta, Judge Huey, Judge Barbas and Judge Tesche Arkin.

11. Ashley Moody, Attorney General State of Florida – Counsel for Defendants Judge Ficarrotta, Judge Huey, Judge Barbas and Judge Tesche Arkin.

12. Hillsborough County Board of County Commissioners – Defendant.

13. Stephen M. Todd, Esquire – Counsel for Defendant Hillsborough County.

14. Office of the County Attorney, Hillsborough County – Counsel for Defendant Hillsborough County.

15. State of Florida, Department of Financial Services, Division of Risk Management – Defendant.

Each entity with publicly traded shares or debt potentially affected by the outcome:

None known to Hillsborough County.

Each additional entity likely to actively participate:

None known to Hillsborough County.

Each person arguably eligible for restitution:

None known to Hillsborough County.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of an actual or potential conflict of interest affecting the District Judge or the Magistrate Judge in this action, and I will immediately notify the Judge in writing within fourteen days after I know of a conflict.

                                                  s/  *Stephen M. Todd*
                                       Stephen M. Todd, Esquire
                                       Sr. Assistant County Attorney
                                       Florida Bar No. 0886203
                                       Office of the County Attorney
                                       Post Office Box 1110
                                       Tampa, Florida 33601-1110
                                       (813) 272-5670 – Fax: (813) 272-5758
                                       Attorney for Defendant, Hillsborough County
                                       Service Emails:
                                                 ToddS@hillsboroughcounty.org
                                                 MatthewsL@hillsboroughcounty.org
                                                 ConnorsA@hillsboroughcounty.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>March 2, 2021</u>, the foregoing document was electronically submitted to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

<u>    s/  **Stephen M. Todd**           </u>
Stephen M. Todd, Esquire