# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Teresa M. Gaffney.
 Individually,
Sarah K. Sussman,
Individually, and as,
Trustee of the
Sussman Family Trust,

**PLAINTIFFS**

vs.

<u>Circuit Court Judges:</u>
**Chief Judge Ronald Ficarrotta,**
In his individual capacity and in his
official capacity;
**Judge Paul Huey,**
in his individual capacity and
in his official capacity,
**Judge Rex Barbas,**
in his individual capacity and
in his official capacity,
**Judge Caroline Tesche Arkin,**
in her individual capacity and
in her official capacity;

Case No.:8:21-cv-00021-sdm
**CIVIL RIGHTS COMPLAINT**

42 U.S.C. 1983, 1985

Fifth and Fourteenth
Amendments;

Florida Constitution:
Article I, section 9,
Article X, section 4
Fla.Stat. 817.535
Common Law Claims
<u>**Trial by Jury Requested**</u>

Chad Chronister, in his individual and official capacity as Sheriff of HCSO;
Jason Gardillo, in his individual capacity and in his official

capacity as an agent/employee of HCSO;
Deputy Jonathan Carlton, individually and as an agent/employee of HCSO
Corp. Gary Harris, individually and as an agent/employee of HCSO

Phillip A. Baumann, in his individual capacity, in his capacity as *administrator ad litem* of the Estate of John J. Gaffney and as a partner in Baumann/Kangas Estate Law;
Michael Kangas, in his individual capacity and in his capacity as partner in Baumann/Kangas Estate Law;
Baumann/Kangas Estate Law
Hillsborough County, a Municipal Entity,

**DEFENDANTS**

**ATTORNEYS FOR PLAINTIFFS:**
James J. Macchitelli
Illinois Bar Number 6208773
1501 Perimeter Drive #400
Schaumberg, Illinois 60173
(847)-414-4532
jimmymacclaw@gmail.com
Admitted, *Pro Hac Vice*

Dov Sussman
FBN:518920
P.O. Box 18112
(813) 992-2889
Tampa, Florida 33679
Tel.: (813) 287-1159
e-mail: dovsussman91@gmail.com

## MOTION TO AMEND COMPLAINT

COMES NOW, The Plaintiffs in the above captioned matter and move this Court for permission to amend the complaint filed in this matter and would show unto this Court the following:

1. The addition of the indispensable parties, HCSO Sheriff, Chad Chronister, Jason Gardillo, formerly HCSO, Corp. Gary Harris, HCSO, Deputy Jonathan Carlton, HCSO, Michael Kangas, Phillip A. Baumann, Baumann/Kangas Estate Law will allow for a complete adjudication of the issues which give rise to the action brought pursuant to 42 U.S.C. 1983, 1985(3) and those state based causes of action set forth in the proposed Second Amended Complaint.

2. A draft of the proposed complaint has been furnished to counsel for the presently designated Defendants.

3. Marie Rives, counsel for the Judicial Defendants *objects* to the proposed amended complaint.

4. Todd Stevens, counsel for Hillsborough County, *does not object* to the proposed amended complaint.

5. The proposed amended complaint names potential parties necessary for complete relief.

6. The inclusion of the parties will economize judicial time and will facilitate complete relief in this matter.

7. The additional parties are indispensable to the full grant of remedies sought and the granting of the motion to amend the complaint will not prejudice any of the presently enumerated parties.

8. The Case Management Order entered by this Court provides that motions to add parties or to amend pleadings must be filed by 14 May 2021. The motion to amend complaint satisfies that deadline.

9. A copy of the Proposed Second Amended Complaint is attached hereto together with the exhibits referenced in the Proposed Second Amended Complaint.

Respectfully submitted this 13th day of May 2021 by counsel for the Plaintiffs by:

/s/James J. Macchitelli, Esq.
James J. Macchitelli
Illinois Bar Number 6208773
1501 Perimeter Drive #400

Schaumberg, Illinois 60173
(847)-414-4532
jimmymacclaw@gmail.com
Admitted, *Pro Hac Vice*

/s/*Dov Sussman, Esq.*
Dov Sussman
FBN 518920
Counsel for the Plaintiffs
P.O. Box 18112
Tampa, Florida 33679
Tel.: (813) 287-1159
e-mail: dovsussman91@gmail.com

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the above and foregoing was provided, via e-mail, to counsel for the judicial defendants, marie.rives@myfloridalegal.com and Todd Stevens, counsel for Hillsborough County, a municipality, toddS@Hillsboroughcounty.org on this 13th day of May 2021.

/s/*James J. Macchitelli, Esq.*
James J. Macchitelli
Illinois Bar Number 6208773
1501 Perimeter Drive #400
Schaumberg, Illinois 60173
(847)-414-4532

jimmymacclaw@gmail.com
Admitted, *Pro Hac Vice*

*/s/Dov Sussman, Esq.*
Dov Sussman
FBN 518920
Counsel for the Plaintiffs
P.O. Box 18112
Tampa, Florida 33679
Tel.: (813) 287-1159
e-mail: dovsussman91@gmail.com