# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Teresa M. Gaffney.
 Individually,
Sarah K. Sussman,
Individually, and as,
Trustee of the
Sussman Family Trust,
**Plaintiffs**
vs.

**Circuit Court Judges:**
Chief Judge Ronald Ficarrotta,
In his individual capacity and in his
official capacity;
Judge Paul Huey,
in his individual capacity and
in his official capacity,
Judge Rex Barbas,
in his individual capacity and
in his official capacity,
Judge Caroline Tesche Arkin,
in her individual capacity and
in her official capacity;
Chad Chronister, in his individual and official capacity as Sheriff of HCSO;
Jason Cardillo, in his individual capacity and in his official capacity as an agent/employee of HCSO;
Deputy Jonathan Carlton, individually and as an agent, employee of HCSO;

Case No.:8:21-cv-00021-sdm
CIVIL RIGHTS COMPLAINT

42 U.S.C. 1983, 1985
Fifth and Fourteenth
Amendments;

Florida Constitution:
Article I, section 9,
Article X, section 4
Fla.Stat. 817.535
Common Law Claims
**Trial by Jury Requested**

Corporal Gary Harris, individually and as an agent, employee of HCSO;

Phillip A. Baumann, in his individual capacity, as the putative administrator ad litem and as a Partner in Baumann/Kangas Estate Law;

Michael Ryan Kangas, in his individual capacity and as a Partner in Baumann/Kangas Estate Law;

Baumann/Kangas Estate Law

Hillsborough County, a Municipal Entity,

Defendants.

# EXHIBIT 3

## AFFIDAVIT FROM E. MICHAEL ISAAK, ESQ.

On November 7, 2019, at 10:00 am, I appeared in limited fashion on behalf of my client, Teresa Gaffney in case No: 14-CA-3762.

A motion to disqualify was filed by me and ruled upon on November 6, 2019. In a written order, the court denied the motion. I appeared the following day as required. The court heard argument from both myself and opposing counsel (Mr. Michael Kangas) on a pending motion. The court then granted the motion to dismiss.

While still in the courtroom and after the hearing had concluded, Judge Barbas made the following spontaneous statement regarding the motion to disqualify, "Good try". He continued by stating that he had spoken to six (6) judges about Gaffney's cases. I did not respond to the court's spontaneous statement.

Dated this 27th day of February, 2020.

/s/ *Eilam Michael Isaak*

Before me, the undersigned authority, personally appeared E. Michael Isaak ("Affiant"), who swore and affirmed the above.

Subscribed and sworn to before me
on _____

ANGEL S. URBINA
print: _____

Notary Public
My commission expires on

ANGEL S URBINA-CAPO
Notary Public-State of Florida
Commission # GG 139312
My Commission Expires
August 29, 2021

Personally Known ✓ OR Produced Identification ____
Type of Identification Produced: