UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA M. GAFFNEY, Individually,
SARAH K. SUSSMAN, Individually,
and as Trustee of the Sussman Family
Trust,
    Plaintiffs,

Case No: 8:21-cv-00021-CEH-CPT

v.

CHIEF JUDGE RONALD FICARROTTA,
in his individually capacity and in his official
capacity, JUDGE PAUL HUEY, in his individual
capacity and in his official capacity, JUDGE REX
BARBAS, in his individual capacity and in his
official capacity, JUDGE CAROLINE TESCHE
ARKIN, in his individually capacity and in his
official capacity, HILLSBOROUGH COUNTY,
a Municipal Entity, and THE STATE OF FLORIDA,
DEPARTMENT OF FINANCIAL SERVICES,
DIVISION OF RISK MANAGEMENT,
    Defendants.

## RENEWED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned attorney of record for Plaintiffs, TERESA M. GAFFNEY, Individually and SARAH K. SUSSMAN, Individually and as Trustee of the Sussman Family Trust, pursuant to Local Rule 2.02, and files this Renewed Motion to Withdraw as Counsel of Record for Plaintiffs, and in support, states as follows:

1. That irreconcilable differences have arisen between the undersigned and the Plaintiffs.

2. The undersigned has an inherent conflict of interest with a Defendant that has been added in the Second Amended Complaint, Document 40, that was filed on May 13, 2021.

3. That is in the best interests of all concerned if the undersigned is allowed to withdraw.

4. The undersigned is not listed as an attorney for the Plaintiffs in the Second Amended Complaint, Document 40.

5. The Plaintiffs are still represented by co-counsel James J. Macchitelli, Esq. and Dov Sussman, Esq., so withdrawal by the undersigned will not affect any deadlines or matters relating to this case and Plaintiffs will not be proceeding pro se.

WHEREFORE, the undersigned requests that this Court grant this motion to withdraw, relieving the undersigned from any further duty in this matter; and for any further relief this Court deems be appropriate.

## RULE 2.02(c) CERTIFICATION

Pursuant to Local Rule 2.02(c), Local Rules of the United States District Court for the Middle District of Florida, the Plaintiffs have consented to the withdrawal. Ms. Gaffney responded through co-counsel James J. Macchitelli, Esq. by email on May 18, 2020 stating Ms. Gaffney has no objection to the withdrawal,

thereby consenting.  Ms. Sussman responded by email on May 18, 2020 stating she has no objection to the withdrawal, thereby consenting.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida, counsels for the Defendants, Stephen M. Todd, Esquire and Marie Rives, Esquire, along with counsel for the Plaintiffs, James J. Macchitelli, Esquire and Dov Sussman, Esquire, all confirmed via e-mail that they do not oppose the relief sought in this Motion.

Respectfully submitted,

*/s/ Sheldon D. McMullen*_____
Sheldon D. McMullen, Esq.
Florida Bar No: 0610674
SHELDON D. McMULLEN, PA
1501 S. Dale Mabry Hwy, Ste A10
Tampa, Florida 33629
Email: sdm@sdmlawfirm.com
Telephone: (813) 992-2889

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on May 20, 2021, which sent e-mail notification of such filing to all CM/ECF participants and all Counsel of Record.

*/s/ Sheldon D. McMullen*_____
Sheldon D. McMullen, Esq.