| | |
|---|---|
| **From:** | Marie Rives |
| **To:** | Leslie Schultz-Kin |
| **Cc:** | Leah Faulk; Tyrell Daniel; Jehan Azar |
| **Subject:** | FW: Motion to Amend Complaint |
| **Date:** | Thursday, May 13, 2021 3:54:07 PM |
| **Attachments:** | image001.png |

**From:** Marie Rives
**Sent:** Thursday, May 13, 2021 3:54 PM
**To:** DOV SUSSMAN <dovsussman91@gmail.com>; Todd, Stephen <ToddS@hillsboroughcounty.org>; James Macchitelli <jimmymacclaw@gmail.com>
**Subject:** RE: Motion to Amend Complaint

Mr. Sussman,

You are asking if I object to your forthcoming motion for leave to amend, right?  Yes, I strenuously object to Plaintiffs' motion for leave to amend.  I would like my filed Motion to Dismiss to be heard and ruled upon first.  I looked at the proposed Second Amended Complaint that I first saw this morning - it is a futile attempt to revise the prior operative complaint.



Marie T. Rives
Senior Assistant Attorney General
Tampa Civil Litigation Bureau
Office of the Attorney General
501 E. Kennedy Blvd., Suite 1100 | Tampa, FL 33602
Office: (813) 233-2880 / Direct: (813) 577-4533
E-mail: Marie.Rives@myfloridalegal.com

**From:** DOV SUSSMAN <dovsussman91@gmail.com>
**Sent:** Wednesday, May 12, 2021 5:49 PM
**To:** Marie Rives <Marie.Rives@myfloridalegal.com>; Todd, Stephen <ToddS@hillsboroughcounty.org>; James Macchitelli <jimmymacclaw@gmail.com>
**Subject:** Motion to Amend Complaint

Please see attached proposed Second Amended Complaint. Please advise as to any objections; I will file at 4:00PM, on 13 May 2021.
V/R
Dov Sussman