# PLAINTIFFS' EXHIBIT "2"

# AFFIDAVIT

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

I, Troy M. Lovell, having been duly sworn, state as follows:

1. I am over the age of 18 and make this Affidavit based on my own personal knowledge.

2. Since Fall 2017, I have served on the Board of the Ferguson-White American Inn of Court.

3. In fall of 2019, I attended one of the monthly Board meetings for the Inn, held over lunch at The Floridan Hotel.

4. During the lunch, Judge Rex Barbas of the Thirteenth Judicial Circuit asked Judge Samuel Salario, then of the Second District Court of Appeal, if he had been involved in handling any of the appeals involving Terri Gaffney and Dov Sussman. Judge Salario responded that he had not.

5. Judge Barbas then stated that, if Judge Salario had been involved in handling any of the appeals, Judge Barbas would have thanked Judge Salario for doing so.

6. Judge Barbas then complained, to the table, about a case or cases over which he was presiding which involved Sussman and Gaffney. Judge Barbas expressed disapproval of Gaffney and Sussman.

Lovell Affidavit, page 2

7. In a telephone conversation with Terri Gaffney soon thereafter, I mentioned Judge Barbas' comments from the lunch.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
Troy M. Lovell

Sworn to and subscribed before me, the undersigned authority, this 5th day of May, 2021, by Troy M. Lovell, who presented identification.

ID Produced

FL. DL.

*[signature]* Danishia Rodriguez
Notary Public, State of Florida

[STAMP]

DANISHIA RODRIGUEZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG276441
Expires 11/13/2022

State of: Florida County of: Hillsborough
On this 5 Day of May, 20 21, before me, the undersigned Notary Public, personally appeared Troy Lovell proved through satisfactory evidence of identification, which were FL DL, to be the person whose name is signed on the preceding or attached document and acknowledged
Danishia Rodriguez
Name
Notary Public
My commission expires: 11-13-2022