# PLAINTIFFS' EXHIBIT "3"

## AFFIDAVIT FROM E. MICHAEL ISAAK, ESQ.

On November 7, 2019, at 10:00 am, I appeared in limited fashion on behalf of my client, Teresa Gaffney in case No: 14-CA-3762.

A motion to disqualify was filed by me and ruled upon on November 6, 2019. In a written order, the court denied the motion. I appeared the following day as required. The court heard argument from both myself and opposing counsel (Mr. Michael Kangas) on a pending motion. The court then granted the motion to dismiss.

While still in the courtroom and after the hearing had concluded, Judge Barbas made the following spontaneous statement regarding the motion to disqualify, "Good try". He continued by stating that he had spoken to six (6) judges about Gaffney's cases. I did not respond to the court's spontaneous statement.

Dated this 27th day of February, 2020.

/s/ *Eilam Michael Isaak*

Before me, the undersigned authority, personally appeared E. Michael Isaak ("Affiant"), who swore and affirmed the above.

Subscribed and sworn to before me
on _____

_ANGEL S. URBINA_
print:
      Notary Public
My commission expires on

[Notary Seal:
ANGEL S URBINA-CAPO
Notary Public-State of Florida
Commission # GG 139312
My Commission Expires
August 29, 2021]

Personally Known ✓ OR Produced Identification ____
Type of Identification Produced: