# PLAINTIFFS' EXHIBIT "4"

AFFIDAVIT

STATE OF FLORIDA

COUNTY OF FLORIDA

I, Steven M. Bellavigna, having been duly sworn, state as follows:

1. I am over the age of 18 and make this Affidavit based on my own personal knowledge.

2. I was acquainted with John J. Gaffney.

3. During his guardianship proceedings I helped Mr. Gaffney.

4. I had numerous conversations with Mr. Gaffney.

5. I was aware that his disinherited daughter, Mary Alice Tyler, took money and assets from Mr. Gaffney.

6. I was aware that Phillip A. Bauman helped Mary Alice Tyler take the monies from Mr. Gaffney.

7. Mr. Gaffney told me that P. Baumann took an estimated One Million Dollars from him.

8. Mr. Gaffney showed me copies of documents that were done by P.Baumann. The documents included a phony trust.

9. Those documents were used to take Mr. Gaffney's money.

10. Mr. Gaffney told me that he never authorized P.Baumann to create those documents.

11. Mr. Gaffney also showed me checks written to P.Baumann from his accounts which Mr. Gaffney never authorized.

12. In 2018 I interviewed Tracy Sheehan, a former Circuit Court Judge in Hillsborough County, Florida.

13. Sheehan acted as a mediator in December 2017 in a case involving Terri Gaffney and two attorneys, Phillip A. Baumann and Michael R. Kangas.

14. I was able to interview T. Sheehan. I did not interview P. Baumann or M. Kangas.

15. The interview with T. Sheehan extended over a period of time and she did most of the talking.

Summary of interview with T. Sheehan:

16. T. Sheehan started with the mediation which occurred in December 2017. According to T. Sheehan the following individuals were present: T. Gaffney, S. Sussman, D. Sussman, P. Baumann and M. Kangas.

17. T. Sheehan was very concerned about the statements made by P. Baumann and M. Kangas. The statements were made about how the sanctions order was arrived at. These statements were made in the mediation.

18. Essentially, P. Baumann and M. Kangas bragged about their friendship with the judge in the case, Paul Huey. Baumann and Kangas were laughing at how they had put together the sanctions order with Huey. Baumann and Kangas stated to Sheehan that they had used different fonts and different colors of fonts to write the sanctions order. Baumann and Kangas bragged that the different fonts and colors was to make it easy for Baumann and Kangas to add facts and smooth out their narratives. According to Kangas, as reported by Sheehan, there was concerned that the style of the order was initially not consistent and Baumann, Kangas and Huey wanted it to be in the same voice.  M. Kangas and P. Huey met privately to discuss the lawsuit. M. Kangas and P. Huey were able to fix the case to the harm of Gaffney.

19. T. Sheehan told me that M. Kangas admitted that P. Baumann had gotten money from Mr. Gaffney without permission of Mr. Gaffney. M. Kangas also admitted that those checks should have been given back to the estate but too much time had elapsed.

20. Sheehan stated that she had follow on conversations with Huey. According to Sheehan, Huey stated that the sanctions order was not supposed to be taken seriously. Huey, according to Sheehan, said that everyone knew that the case was bad and Huey, repeatedly told Sheehan that he believed that the case should have been dismissed.

21. According to Sheehan, Huey said he spoke with Gaffney and made references to them "getting together". Huey admitted to Sheehan that he should not have done

that. Huey said that he should not have threatened to ruin Gaffney's reputation. He was angry that she turned him down.

22. Huey told Sheehan that he was angry with Gaffney and he should not have agreed to the sanctions order as it was written. Kangas kept urging him to get her.

23. According to Huey, M. Kangas had lied to Huey. M. Kangas told Huey that the lawsuit was about Baumann's fees for representing Mr. Gaffney. Huey found out that Baumann never represented Mr. Gaffney. T. Sheehan stated that Huey found out that the case was filed only as harassment against Gaffney.

24. I do not believe that Gaffney can get a fair hearing or trial in Hillsborough County or at the Second District Court of Appeal.

FURTHER AFFIANT SAYETH NAUGHT

_____
Steven M. Bellavigna

Sworn to and subscribed before me, the undersigned authority, this _12th_ day of May, 2021, by Steven M. Bellavigna, who presented identification or was personally known.

ID Produced

_Florida Driver's License_

_____
Notary Public, State of Florida

[STAMP]



FRANKLIN CARLIN
Notary Public - State of Florida
Commission # HH 032989
My Comm. Expires Aug 17, 2024