# PLAINTIFFS' EXHIBIT "7"

## AFFIDAVIT OF GILBERT M. SINGER

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared GILBERT M. SINGER, who being by me first duly sworn, deposes and says:

1. Affiant is an attorney licensed to practice law in the State of Florida.

2. Affiant is the attorney for LMPJL, LLC d/b/a Right at Home.

3. Affiant has generally reviewed the litigation surrounding the administration of the Last Will and Testament of John J. Gaffney.

4. Affiant has or will nominate Teresa M. Gaffney to be the Personal Representative of the Estate of John J. Gaffney because he believes that she will follow the intent of the Testator.

5. Affiant states that, at no time, did he ever observe Teresa M. Gaffney nor Dov Sussman exploit Ms. Gaffney's father, John J. Gaffney. Further, from what Affiant observed, Teresa M. Gaffney and Mr. Sussman took special care of Ms. Gaffney's father. Affiant observed their behavior in Court with their father, and both Ms. Gaffney and Mr. Sussman appeared to be very kind and supportive of John J. Gaffney, paying particular attention to his hearing disability late in his life.

6. Affiant has known Teresa G. Gaffney for many years and states that she is a person of good character.

Further Affiant sayeth naught.

_____
GILBERT M. SINGER

SWORN TO and subscribed before me by GILBERT M. SINGER:
☒ who is known to me or
☐ who produced the following identification:_____
and he acknowledged to me that he executed the foregoing instrument for the uses and purposes therein set forth.
DATED this ___18___ day of October, 2017.

_____
NOTARY PUBLIC
State of Florida at Large

(SEAL)

VIRGINIA LEE DICKMAN
Commission # FF 918728
Expires October 26, 2019
Bonded Thru Troy Fain Insurance 800-385-7019