UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA M. GAFFNEY, Individually,
SARAH K. SUSSMAN,  Individually
and as Trustee of the Sussman Family Trust,
    Plaintiffs,

v.

**Dispositive**
Case No.: 8:21-cv-00021-SDM-CPT

CHIEF JUDGE RONALD FICARROTTA,
JUDGE PAUL HUEY, JUDGE REX BARBAS,
JUDGE CAROLINE TESCHE ARKIN, et al.,
    Defendants.
_____/

## STATEMENT NOTING THE DEATH OF DOV SUSSMAN, LOCAL COUNSEL FOR PLAINTIFFS

The Defendants, CHIEF JUDGE RONALD FICARROTTA, JUDGE PAUL HUEY, JUDGE REX BARBAS and JUDGE CAROLINE TESCHE ARKIN, (hereinafter "Judges"), pursuant to Middle District of Florida, Local Rule 2.01, hereby file this Statement Noting the Death of Dov Sussman, Local Counsel for Plaintiffs, and state:

1. On December 1, 2021, Dov Sussman, Counsel for the Plaintiffs, died in Hillsborough County, Florida.

2. Counsel for the Defendant Judges has confirmed the death of Dov Sussman through available public records.

3. Dov Sussman was Local Counsel for the Plaintiffs, his spouse and daughter. As a result of his death, there is no local counsel who is representing the Plaintiffs on this case.

4. The Plaintiffs are currently represented by non-resident attorney, James J. Macchitelli, admitted pro hac vice on January 20, 2021 [Doc. 19], following his Motion For Admission Pro Hac Vice and Written Designation and Consent to Act [Doc. 18]. Mr. Macchitelli has no office in the State of Florida [Doc. 18].

5. James Macchitelli did not inform the undersigned counsel of the death of Dov Sussman. The undersigned counsel discovered the information from an Obituary that was published on or about December 13, 2021. Because the Plaintiffs have not notified the Court, the Judicial Defendants hereby file this brief Notice, intended as such, with no intention to circumvent the Order granting a stay of this case as to the Judges [Doc. 61].

**WHEREFORE,** the Judicial Defendants respectfully request that the Court take notice of the death of Dov Sussman, local counsel for the Plaintiffs.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/**M. Rives**
Marie T. Rives
Senior Assistant Attorney General
Florida Bar No. 0441937
Office of the Attorney General
3507 E. Frontage Road, Suite 150
Tampa, FL 33607
Tel: 813-577-4533; Fax: 813-281-1859

marie.rives@myfloridalegal.com
Counsel for Defendants Judge Tesche Arkin, Judge Barbas, Judge Huey, Chief Judge Ficarrotta

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2021, I electronically filed the foregoing Statement Noting the Death of Dov Sussman with the Clerk of the Court by using the CM/ECF system, which will serve all counsel of record, including counsel for Plaintiffs: James J. Macchitelli Esq., at jimmymacclaw@gmail.com.

/s/**M. Rives**
Marie T. Rives
Senior Assistant Attorney General