**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TERESA M. GAFFNEY and SARAH K. SUSSMAN,

    Plaintiffs,

v.                                                                                                  Case No: 8:21-cv-21-CEH-CPT

RONALD FICARROTTA, PAUL HUEY, REX BARBAS, CAROLINE TESCHE ARKIN, HILLSBOROUGH COUNTY, RONALD FICARROTTA, PAUL HUEY, REX BARBAS, CAROLINE TESCHE ARKIN, PHILLIP A BAUMANN, MICHAEL R KANGAS, CHAD CHRONISTER, JONATHON CARLTON, GARY HARRIS, JASON G GORDILLO, PHILLIP A. BAUMANN, P.A. and HILLSBOROUGH COUNTY SHERIFF'S OFFICE,

    Defendants.
_____/

**<u>O R D E R</u>**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on July 12, 2022 (Doc. 104). In the Report and Recommendation, Magistrate Judge Tuite recommends that the Court (1) grant the Lawyer Defendants' Motion to Quash Service and Dismiss Complaint for Failure to Timely Serve [Them] and (2) dismiss the pending claims against the Lawyer Defendants without prejudice. All parties were furnished copies of the Report and

Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 104) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Motion to Quash Service and Dismiss Complaint for Failure to Timely Serve Defendants Michael R. Kangas, Phillip A. Baumann, and Baumann Kangas, P.A. (Doc. 84) is GRANTED.

(3) Plaintiffs' claims against Defendants Michael R. Kangas, Phillip A. Baumann, and Baumann Kangas, P.A. are dismissed without prejudice.

(4) The Clerk is directed to terminate Defendants Michael R. Kangas, Phillip A. Baumann, and Baumann Kangas, P.A. as parties to this case.

**DONE AND ORDERED** at Tampa, Florida on August 1, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record