## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TERESA M. GAFFNEY,
SARAH K. SUSSMAN, individually and as
Trustee of the Sussman Family Trust,

Plaintiffs,

v.                                                    Case No.: 8:2021 CV 000021

CHIEF JUDGE RONALD FICARROTTA,          Judge Charlene Honeywell
JUDGE PAUL L. HUEY,
JUDGE REX M. BARBAS,
JUDGE CAROLINE TESCHE ARKIN,
PHILLIP A. BAUMANN,
MICHAEL R. KANGAS,
BAUMANNKANGAS, P.A.,
CHAD CHRONISTER,
Sheriff of Hillsborough County,
JASON G. GORDILLO,
agent of Hillsborough County,
DEPUTY JONATHAN CARLTON,
CORPORAL GARY HARRIS,
HILLSBOROUGH COUNTY, a municipality,

Defendants.

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT,
### HILLSBOROUGH COUNTY, FLORIDA, WITHOUT PREJUDICE

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a), hereby provide

notice that this case against Defendant, HILLSBOROUGH COUNTY, FLORIDA,

is voluntarily dismissed without prejudice and without affecting any of Plaintiffs'

claims against the remaining Defendants. Such dismissal shall be without

prejudice, with each side to bear its own costs and fees. The defendants in this

case have not served an answer or a motion for summary judgment.

Respectfully submitted,

/s/ James J. Macchitelli

James J. Macchitelli

James J. Macchitelli
Attorney for Plaintiffs
Illinois Bar Number 6208773
1501 Perimeter Drive #400
Schaumburg, Illinois 60173
(847)-414-4532
jimmymacclaw@gmail.com
Admitted - Pro Hac Vice


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above was provided to
counsel for the Defendants via CM/ECF Filing this 12th day of August, 2022, after
5 pm.

/s/  James J. Macchitelli

James J. Macchitelli
Attorney for Plaintiffs
Illinois Bar Number 6208773
1501 Perimeter Drive #400
Schaumburg, Illinois 60173
(847)-414-4532
jimmymacclaw@gmail.com
Admitted - Pro Hac Vice